UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HECK,<br><br>   Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC., et al.,<br><br>   Defendants. | Case No. 22-cv-03986-VC<br><br>**ORDER GRANTING MOTION TO TRANSFER**<br><br>Re: Dkt. No. 58 |

  The unopposed motion to transfer is granted. The Clerk is directed to transfer the case to the Western District of Washington.

  **IT IS SO ORDERED.**

Dated: August 7, 2023

_____
VINCE CHHABRIA
United States District Judge